3

Name: GARY R. Jolley

Boone County Jail

Address: 2121 County Drive Col, Mo. 65202

FILED
DEC 14 2017
Clerk, U.S. District Court
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

GARY R. Jolley, Plaintiff
(Full Name)

CASE NO. 17-3219-SAC
(To be supplied by the Clerk)

V.

Boone County Jail and, Defendant(s)
Advanced Correctional Healthcare

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

## A. JURISDICTION

1) GARY R. Jolley (Plaintiff), is a citizen of Missouri (State), who presently resides at Boone County Jail 2121 County Drive, Columbia Mo. 65202 (Mailing address or place of confinement.)

2) Defendant Boone County Jail (Name of first defendant) is a citizen of Columbia Missouri, 2121 County Drive (City, State) Columbia, Missouri 65202, and is employed as Captain Hoskins - Jail Administrator (Position and title, if any). At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes ☑ No ☐. If your answer is "Yes", briefly explain:

Negligence And Lack of Proper Medical Care

1

XE-2 8/82       CIVIL RIGHTS COMPLAINT §1983

3) Defendant __Advanced Correctional Healthcare__ is a citizen of
(Name of second defendant)

__2121 County Drive   Columbia, Mo. 65202__, and is employed as
(City, state)

__Dr Van Horn__. At the time the
(Position and title, if any)

claim (s) alleged in this complaint arose was this defendant acting under the color of state law? Yes ☑ No ☐. If your answer is "Yes", briefly explain:

__Over prescribing some medicine, And not seeking a specialists, or provide effective medicine for my migraine, hearing, or psoriases__

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

__Negligence and Lack of Proper Medical Care__

### B. NATURE OF THE CASE

1) Briefly state the background of your case: __Because of the prescription medications, and drugs I had taken prior to my arrest, I had blocked out. officers arrested and incarcerated me assuming I was drunk and suicidal, They placed me in Solitary Confinement, and gave me a lot of pills which made me incohesive and in an almost commotose state, with very little recollection. Apparently, I fell down in my housing unit, cracked my skull with multiple fractures and and bloody mucius, coming out of nose, out of ears/very little, I was told that video of entire incident-accident is available, but the B.C.J. officials would not show it to me, or provide me with the details.__

5

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: I was wrongfully arrested and over-charged, as I was ~~Protecting~~ Protecting my Drug-conceived newborn granddaughter Kallie.

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

I went to my other daughter's house, known for drugs and alcochol use, to Retrieve my drug conceived newborn granddaughter Kallie, as she was removed from my house without my knowledge or consent.

B) (1) Count II: Apparently, I fell down in my housing unit, cracked my skull with multiple very little fractures and bloody mucis coming out of my ears and nose (Video of the accident is available at B.C.J.)

(2) Supporting Facts: I was in a incoherent state (blacked out) at the time of my incarceration, officers assumed I was drunk and suicidal, placed me in solitary confinement and gave me a lot of pills, which made me incohesive and in an almost commatose state, with a very severe migrane headache.

3

XE-2 8/82                    CIVIL RIGHTS COMPLAINT §1983

C) (1) Count III: The B.C.J. Accident caused me a severe migraine and Loss of Hearing, unable to sleep or think, though under very strong ineffective medication, with no effective treatment for my Psoriesis!

(2) Supporting Facts: B.C.J. medical staff has neither arranged for me to be seen by a specialist for my migrane, despite numerous MRI pictures, nor for my Psorisis covered body.

D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☑. If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    a) Parties to previous lawsuit:

    Plaintiffs: _____

    Defendants: _____

    b) Name of court and docket number _____

    c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

    d) Issues raised _____

e) Approximate date of filing lawsuit _____

f) Approximate date of disposition _____

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☐ No ☑. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

_____

_____

_____

_____

2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

1. Dismissal of my over-charged case # 16BA-CR02850-01
2. Proper Medical Care To Cure my severe migraine headache And Loss of Hearing, Resulting from the B.C.J. Accident And Lack of Treatment For The Above, As well As The psoriesis.
3. Financial Recovery of the damages, pain and suffering permitted by Law.

_____           _Gary R. Jolley_
Signature of Attorney (if any)        Signature of Petitioner

_____
(Attorney's full address and telephone number)

5

XE-2 8/82                    CIVIL RIGHTS COMPLAINT §1983