# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**GARY R. JOLLEY,**

    **Plaintiff,**

    v.                    **CASE NO. 17-3219-SAC**

**BOONE COUNTY JAIL, et al.,**

    **Defendants.**

## MEMORANDUM AND ORDER

This matter is before the Court on a civil rights complaint filed under 42 U.S.C. § 1983 by a prisoner. Plaintiff proceeds pro se and in forma pauperis.

The complaint identifies the defendants as "Boone County Jail" and "Advanced Correctional Healthcare." (Doc. 1, at 1.) The complaint alleges negligence and lack of proper medical care by staff at the Boone County Jail in Columbia, Missouri.

Under 28 U.S.C. § 1391(b):

> A civil action may be brought in –
>
> (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located;
>
> (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated . . .

28 U.S.C. § 1391(b)(1)–(2).

Accordingly, venue is proper in Missouri under 28 U.S.C. § 1391(b). The Court directs the Clerk of the Court to transfer this matter to the United States District Court for the Western District of Missouri.

**IT IS THEREFORE ORDERED BY THE COURT** that the Clerk of Court shall transfer this action to the United States District Court for the Western District of Missouri.

**IT IS SO ORDERED**.

**Dated in Topeka, Kansas, on this 3rd day of April, 2018.**

                                            **s/ Sam A. Crow**
                                            **SAM A. CROW**
                                            **Senior U. S. District Judge**